1
2
3
4
5

UNITED STATES DISTRICT COURT FOR THE
6  WESTERN DISTRICT OF WASHINGTON
AT TACOMA
7

8  CLEAR CREEK RETIREMENT PLAN II              No.
LLC, a Washington limited liability company,
9                                              **DEFENDANT FOREMOST**
**INSURANCE COMPANY GRAND**
10                                             **RAPIDS MICHIGAN'S NOTICE OF**
Plaintiff,                  **REMOVAL PURSUANT TO 28 U.S.C.**
11                                             **§1441(a)**
vs.
12
FOREMOST INSURANCE COMPANY
13  GRAND RAPIDS MICHIGAN, a Michigan
corporation,
14
Defendant.
15

16  TO:          The Clerk of the United States District Court for the Western District of

17               Washington at Seattle

18  AND TO:      Plaintiff, and its counsel of record, Thomas J. Westbrook

19           Please take Notice that Foremost Insurance Company Grand Rapids Michigan

20  (hereinafter referred to as "Foremost") hereby removes to this Court the state court action

21  described below:

22                              **I.      The Subject Action**

23           1.      On July 3, 2017, Plaintiff Clear Creek Retirement Plan II, LLC (hereinafter

"Plaintiff") began an action in the Superior Court of Washington for Pierce County, which was

DEFENDANT FOREMOST INSURANCE
COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §1441(a) – 1
S:\FILES\Clear Creek Retirement Plan II 17074\Pleadings\170719 Notice of Removal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    assigned cause number 17-2-09240-7. A copy of the original Summons and Complaint are

2    attached as **Exhibits A** and **B.**

3         2.      Then, on July 5, 2017, the Washington Office of the Insurance Commissioner

4    was served with a copy of the Summons and Complaint. Plaintiff filed a Complaint for

5    Violation of Insurance Fair Conduct Act (RCW 48.30).

6                          **II.      Diversity of Citizenship**

7         3.      In the Complaint, Plaintiff alleges that it is a Washington limited liability

8    company with a principal place of business in Pierce County, Washington. Upon information

9    and belief, all members of Clear Creek Retirement Plan II, LLC are members of the State of

10   Washington. As a result, the Plaintiff is a citizen of the State of Washington.

11        4.      Foremost Insurance Company Grand Rapids Michigan is a foreign insurance

12   company organized under the laws of the State of Michigan with a principle place of business

13   in the State of Michigan.

14                         **III.     Amount in Controversy**

15        5.      According to Plaintiff's Complaint, Foremost provided mobile home insurance

16   to Plaintiff. **Ex. B.**

17        6.      Plaintiff alleges that Foremost wrongfully denied coverage for its claim of

18   $550,000 for theft of five (5) homes. *Id.*

19        7.      Plaintiff also claims that Foremost allegedly violated the Washington

20   Administrative Code. *Id.*

21        8.      Plaintiff further alleges that Foremost violated the Washington Insurance Fair

22   Conduct Act ("IFCA") through its allegedly unreasonable denial of coverage. *Id.*

23

DEFENDANT FOREMOST INSURANCE
COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §1441(a) – 2
S:\ELLES\Clear Creek Retirement Plan II 17074\Pleadings\170719 Notice of Removal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

9. In addition to the above, Plaintiff seeks consequential damages, attorney's fees and costs, and remedies available under the Washington Insurance Fair Conduct Act ("IFCA"), including trebling of actual damages. **Ex. B**.

10. The jurisdictional minimum may be satisfied by claims of general and specific damages, by attorney's fees, and by punitive damages. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005); *Gibson v. Chrysler Corp.*, 261 F.3d 927, 946 (9th Cir. 2001); *Galt v. Scandinavia*, 142 F.3d 1150, 1155 – 56 (9th Cir. 1998).

11. The amount in controversy in this matter is in excess of the $75,000 jurisdictional limitation.

12. In the Complaint, Plaintiff states that the damages are no less than $550,000. **Ex. B.**

## IV. Jurisdiction

13. For purposes of determining jurisdiction under 28 U.S.C. §1332, Defendant Foremost is a citizen of the State of Michigan and Plaintiff is a citizen of the State of Washington. As a result, Plaintiff and Defendant are citizens of different states.

14. The amount in controversy exceeds $75,000, excluding interests and costs.

15. This Court, therefore, has jurisdiction over this controversy under 28 U.S.C. §1332 and 28 U.S.C. §1441.

## V. Timeliness

16. Plaintiff filed the Complaint on June 19, 2017. The Washington Office of the Insurance Commissioner was served a copy of the Summons and First Amended Complaint on July 5, 2017. This Notice of Removal, filed on July 21, 2017. As a result, this Notice of Removal is timely under 28 U.S.C. §1446.

DEFENDANT FOREMOST INSURANCE
COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §1441(a) – 3
S:\EH-ES\Clear Creek Retirement Plan II.17074\Pleadings\170719 Notice of Removal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**VI.      Copies of Process, Pleadings, Orders, and Motions in State Court Proceedings**

17.     In accordance with 28 U.S.C. §1446, attached to this notice as Exhibits A through C are true and correct copies of the pleadings, process, orders, additional records, and additional proceedings in the Superior Court of Washington.  These documents are:

A.      Summons;

B.      Complaint for Violation of Insurance Fair Conduct Act;

C.      Notice of Appearance for Foremost Insurance Company Grand Rapids Michigan filed by Thomas Lether, WSBA #18089.

18.     Notice of this removal will be filed with the Clerk of the King County Superior Court and will be given to all other parties, in accordance with 28 U.S.C. §1446.

DATED this 21st day of July, 2017.

<div style="margin-left:40%">

_s/ Thomas Lether_____
_s/ Eric J. Neal_____
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., STE 100
Seattle, WA 98109
P: 206-467-5444
F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
_Counsel for Defendant_

</div>

DEFENDANT FOREMOST INSURANCE
COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §1441(a) – 4
S:\EH-ES\Clear Creek Retirement Plan II 17074\Pleadings\170719 Notice of Removal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Thomas J. Westbrook, WSB #4986
Rodgers, Kee & Card, P.S.
324 West Bay Drive NW
Olympia, WA 98502
P: 360-352-8311
F: 360-352-8501
tjw@buddbaylaw.com
*Counsel for Plaintiff*

**By:**   **[X] First Class Mail**       **[X] Email**            **[ ] Legal Messenger**

Dated this 21st day of July, 2017 at Seattle, Washington.

*s/ Hugh Engelhoff*
Hugh Engelhoff, Paralegal

DEFENDANT FOREMOST INSURANCE
COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF REMOVAL PURSUANT TO
28 U.S.C. §1441(a) – 5
S:\EH ES\Clear Creek Retirement Plan II 17074\Pleadings\170719 Notice of Removal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544