The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLEAR CREEK RETIREMENT PLAN II LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a Michigan corporation,<br><br>    Defendant. | No. 3:17-cv-05564-RBL<br><br>**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE** |

Defendant Foremost Insurance Company Grand Rapids, Michigan ("Foremost") and Plaintiff Clear Creek Retirement Plan II, LLC (collectively the "Parties") submit this Stipulated Motion to Amend Case Schedule.

## I. INTRODUCTION

Foremost's Motion for Summary Judgment is currently pending before the Court. Under the current Case Schedule, disclosure of expert testimony is due on June 20, 2018. Depending on the Court's ruling on summary judgment, expert testimony may not be required. Therefore, the Parties are stipulating to amend the case schedule and extend the discovery deadlines.

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE – 1
3:17-cv-05564-RBL

Lether & Associates PLLC.
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

If the expert disclosure deadline is extended sixty (60) days, the extension would compromise other related discovery deadlines. As a result, the Parties stipulate to the 60-day extension of other related discovery deadlines.

It is therefore respectfully requested that the Court amend the Case Schedule for the reasons set forth herein.

## II.    STATEMENT OF FACTS

Plaintiff commenced this action July 3, 2017, in Pierce County Superior Court. Docket at 1-2. Defendant Foremost removed this action to United States District Court on July 21, 2017. Dkt. at 1.

Since then, Foremost filed its Motion for Partial Summary Judgment seeking dismissal of Plaintiff's IFCA claim. Dkt. at 11. Defendant Foremost's Motion for Partial Summary Judgment is currently pending before the Court.

In order to potentially avoid incurring the cost of expert witnesses, the Parties stipulate to the extension of FRCP 26(a)(2) deadline by 60 days, along with the other related discovery deadlines. Extension of the expert deadline would conflict the other discovery deadlines, specifically the deadlines for discovery related motions and completion of discovery. As a result, the Parties stipulate to the extensions of the following deadlines by 60 days:

- Disclosure of expert testimony under FRCP 26(a)(2)

- All motions related to discovery

- Discovery completion

For the reasons set forth herein, the Parties respectfully request that the Court amend the current Case Schedule.

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE – 2
3:17-cv-05564-RBL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# III.    LEGAL AUTHORITY

The decision to modify a scheduling order is within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). The Federal Rules of Civil Procedure set forth a "good cause" standard for modifying a case schedule, and provide as follows:

> (4) *Modifying a Schedule.* A schedule may be modified only for good cause and with the judge's consent.

Fed. R. Civ. P. 16(b)(4).

A Court's evaluation of "good cause" considers the diligence of the party seeking the amendment and the degree of prejudice to the non-moving party. *Johnson v. Mammoth Recreations* 975 F.2d 604 (9th Cir. 1992).

In this case, there is no prejudice to the non-moving party because the Parties have stipulated to amending the Case Schedule. There is also good cause to amend the Case Schedule because the pending Motion for Summary Judgment could eliminate the need for expert testimony in this matter. Accordingly, extending the requested deadlines could prevent the unnecessary incurred costs of hiring experts.

As a result, there is good cause to amend the Case Schedule. The proposed Amended Case Schedule is as follows:

| Case Events | Amended Due Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 8/20/2018 |
| All motions related to discovery must be FILED | 9/28/2018 |
| Discovery COMPLETED | 10/19/2018 |

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE – 3
3:17-cv-05564-RBL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# IV.    CONCLUSION

Based on the foregoing, it is requested that the Court amend the Case Schedule as presented above, pursuant to the stipulation of the Parties.

DATED this 30th day of May, 2018.              DATED this 30th day of May, 2018.


LETHER & ASSOCIATES, PLLC              ROGERS, KEE & CARD, P.S.

 *s/ Thomas Lether*                                      *s/ Thomas J. Westbrook*
*s/ Eric J. Neal*                                             Thomas J. Westbrook, WSBA #4986
Thomas Lether, WSBA #18089              Rogers, Kee & Card, P.S.
Eric J. Neal, WSBA #31863                    324 West Bay Drive NW
1848 Westlake Ave N., Suite 100            Olympia, WA 98502
Seattle, WA 98109                                    P: 360-352-8311
P: 206-467-5444/F: 206-467-5544          F: 360-352-8501
tlether@letherlaw.com                            tjw@buddbaylaw.com
eneal@letherlaw.com                             *Counsel for Plaintiff*
*Counsel for Defendant*

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE – 4
3:17-cv-05564-RBL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# V.     ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the Case Schedule be amended as follows:

| Case Events | Amended Due Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 8/20/2018 |
| All motions related to discovery must be FILED | 9/28/2018 |
| Discovery COMPLETED | 10/19/2018 |

DONE IN OPEN COURT this 31st day of May, 2018.

Ronald B. Leighton
United States District Judge

Presented by:

LETHER & ASSOCIATES, PLLC

 s/ Thomas Lether
s/ Eric J. Neal
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444/F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
Counsel for Defendant

ROGERS, KEE & CARD, P.S.

s/ Thomas J. Westbrook
Thomas J. Westbrook, WSBA #4986
Rogers, Kee & Card, P.S.
324 West Bay Drive NW
Olympia, WA 98502
P: 360-352-8311
F: 360-352-8501
tjw@buddbaylaw.com
Counsel for Plaintiff